UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Abshir Mohamed Hussein, as
trustee for the next of kin of
Abdirashid Hussein, deceased,

        Plaintiffs,

    vs.

Minnesota Department of Human
Services, MaLinda Henderson, in her
individual capacity; Melissa Yotter, in her
individual capacity; Melissa Dimmick, in
her individual capacity; Connie Ryan, in
her individual capacity; Taylor Kassube,
in her individual capacity,

        Defendants.

Case No. 26-cv-2077 (PJS/DTS)

**[Proposed] ORDER**

This matter came before the Court on the parties' Stipulation for Extension of Deadline to Answer or Respond to Plaintiff's Complaint and Modification of Briefing Schedule. Based upon the Stipulation, as well as all the files, records, and proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendants' deadline to answer or otherwise respond to Plaintiff's complaint is July 31, 2026;

2. Defendants' deadline to submit their dispositive motion papers required under Local Rule 7.1(c)(1) is July 31, 2026;

3. Plaintiff's deadline to submit his responding party motion papers required under Local Rule 7.1(c)(2) is September 2, 2026;

2

4.      Defendants' deadline to submit their reply memorandum required under

Local Rule 7.1(c)(3) shall be September 16, 2026.

Dated: _____                    _____
                                    Patrick J. Schiltz, Chief Judge
                                    United States District Court