**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Case No. 26-cv-2077 (PJS/DTS)

Abshir Mohamed Hussein, as trustee for the next of kin of Abdirashid Hussein, deceased,

Plaintiff,

v.

The Minnesota Department of Human Services,
MaLinda Henderson, in her individual capacity;
Melissa Yotter, in her individual capacity;
Melissa Dimmick, in her individual capacity;
Connie Ryan, in her individual capacity;
Taylor Kassube, in her individual capacity

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Abshir Mohamed Hussein, as trustee for the next of kin of Abdirashid Hussein, deceased, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice as defendants have not yet answered or moved for summary judgment.

**STORMS DWORAK LLC**

Dated: August 19, 2026

/s/ Ryan O. Vettleson
Jeffrey S. Storms, #387240
Ryan O. Vettleson, #312915
800 Hennepin Ave.
800 Pence Building
Minneapolis, MN 55403
Phone: 612.455.7055
Fax: 612.455.7051
jeff@stormsdworak.com
ryan@stormsdworak.com
*Attorneys for Plaintiff*